**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-7998**

RONALD MCCLARY,

Plaintiff - Appellant,

v.

ANTHONY SEARLES; DIXON, Nurse Supervisor; HOPKINS, Head
Nurse,

Defendants - Appellees.

Appeal from the United States District Court for the Western
District of North Carolina, at Charlotte. Frank D. Whitney,
Chief District Judge. (3:15-cv-00077-FDW)

Submitted: April 26, 2016          Decided: May 27, 2016

Before NIEMEYER and HARRIS, Circuit Judges, and DAVIS, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Ronald McClary, Appellant Pro Se. Kelly Street Brown, Elizabeth
Pharr McCullough, YOUNG MOORE & HENDERSON, PA, Raleigh, North
Carolina; Kari Russwurm Johnson, NORTH CAROLINA DEPARTMENT OF
JUSTICE, Raleigh, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronald McClary appeals the district court's order and judgment dismissing without prejudice his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. McClary v. Searles, No. 3:15-cv-00077-FDW (W.D.N.C. Nov. 20, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED